# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Dethaniel L. Thompson

_____

(Full name of the Plaintiff(s) in this action)

v.

Jonathan Sholar
Terry Bigbee
Rick Boling
John Atkins

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:19-cv-197-TBR
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Dethaniel L. Thompson

Place of Confinement: Christian County Jail

Address: 410 W. 7th St. Hopkinsville, KY 42240

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE ( X )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Jonathan Sholar** is employed as **HPD Detective** at **Hopkinsville Police Department**

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(2) Defendant **Terry Bigbee** is employed as **ATF TFO** at **Hopkinsville Police Department**

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(3) Defendant **Rick Boling** is employed as **Commonwealth Attorney** at **Hopkinsville Commonwealth Attorney's Office**

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(4) Defendant **John Atkins** is employed as **Circuit Court Judge** at **Hopkinsville Court House**.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO ( X )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __N/A__

Defendant(s): __N/A__

Court (if federal court, name the district. If state court, name the county):
__N/A__

Docket number: __N/A__

Name of judge to whom the case was assigned: __N/A__

Type of case (for example, habeas corpus or civil rights action): __N/A__

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): __N/A__

Approximate date of filing lawsuit: __N/A__

Approximate date of disposition: __N/A__

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

My name is Dethaniel L. Thompson and im filing this lawsuit against four officals and the city of Hopkinsville to whom they are employed by because I believe my rights have been violated by them.

My first one I felt was my 14th Amendment my right to due process by Detective Johathon Sholar and Detective ATF/TFO Terry Bigbee. On March 10, 2019 day of the incident they both delibrately lied and also denied me evidentance I asked for om my prelimary hearing in district court on March 22. According to my motion of discovery they know the others Involved in my case and I also stated I wanted to press charges against them but to no avail. Detective Sholar denied me access to camera evidence on record. The Commonwealth Attorneys Office also has lied on record as well and refuses to press charges against the others involved in the case. Rick Boling the head attorney in the office tried to seperate my charges along with Judge John Atkins and try me on 2 charges on Nov. 18 2019 and was told the only way I could be tried on all charges at once I had to amit to those charges in open

## III. STATEMENT OF CLAIM(S) continued

Court. The state has picked the charges up on me with the so-called victims not cooperating and was told by my lawyer if I plead guilty to 2 of those charges maybe I could get a affordable bail. And that is in violation of my 8th amendment.

Judge Atkins is in violation of this because at 2 bond hearings on July 3, and Aug 14 2019 stated he refuses to 10% my bail saying I was dangerous and he wasn't letting me out when I also was put in danger. Evidence which help me out was not presented to the Grand Jury because I was denied it. On Oct 18 2019 I went to a evidentary hearing and asked the Commonwealth to disclose the names of the others involved in the case as well as if the victim was a confidental informal for HPD and was told he was but not on this case and If I wanted to know the names of the other "shooters" I had to hire a P.I. to find it out. I've been incarcerated for 9 months and when I'm scheduled for trial on Mar 16 2020 it will be a year.

On my court transcripts in March 22 I asked my P.D. why they are protecting him and the others and it has been shown on my motion of discovery and the evidence its self defense and I cant set a court date to prove my innocentance. Also why is the state and HPD trying to hide stuff as well as make me look like I did something wrong? it was 4 against 1 but yet I'm the only one charged and life on the line

5

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

√ award money damages in the amount of $ 250,000

√ grant injunctive relief by charges dropped and recompenstion for my time served

√ award punitive damages in the amount of $ 500,000

√ other: A apology for defermation of character and slander in court and in the local paper.

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 6 day of December, 2019.

_Nathaniel F. Thomp___
(Signature of Plaintiff)


_____
(Signature of additional Plaintiff)


_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on December 6 2019.

_Nath F. Thomp___
(Signature)

6

Vethaniel L. Thompson
410 W. 7th St.
Hopkinsville, KY 42240



United States District Co
601 W. Broadway, Rm 106
Gene Snyder United States Court
Louisville, KY 40202